**DISMISS and Opinion Filed August 25, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00463-CV

**AUNDREA LOVE, LARRY LOVE AND LOVE GLOBAL ENTERPRISES, LLC, Appellants**
**V.**
**CREDITSUPPLIERS XCHANGE LLC FKA PANTHEON SUPPLY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11099**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

The clerk's record in this case is overdue. By letter dated August 4, 2022, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide, within ten days, verification they had either paid for or made arrangements to pay for the record or were entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


220463F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AUNDREA LOVE, LARRY LOVE AND LOVE GLOBAL ENTERPRISES, LLC, Appellants

No. 05-22-00463-CV          V.

CREDITSUPPLIERS XCHANGE LLC FKA PANTHEON SUPPLY, Appellee

On Appeal from the 162nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-17-11099. Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered August 25, 2022